Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
22 W. Washington Street, Suite 1500
Chicago, IL 60602
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
**Attorney for Plaintiff,**
**BLANCA VALENZUELA**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| BLANCA VALENZUELA,<br><br>   Plaintiff,<br><br>   v.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC,<br><br>   Defendant. | **Case No.: 5:12-cv-01972-FMO-SP**<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

Plaintiff, BLANCA VALENZUELA ("Plaintiff"), through Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: November 19, 2013    AGRUSS LAW FIRM, LLC


By: /s/ Michael S. Agruss_____
   Michael S. Agruss
   Attorney for Plaintiff

1

# PROOF OF SERVICE

I, Michael S. Agruss, state the following:

I am employed in Chicago, Illinois.  I am over the age of 18, and am not a party to this action. My business address is 22 W. Washington Street, Suite 1500, Chicago, IL 60602.  On November 19, 2013, I served the following documents:

**NOTICE OF SETTLEMENT**

On the parties listed below:

CHAD ECHOLS
chad.echols@theecholsfirm.com
THE ECHOLS FIRM, LLC
115 Oakland Avenue
Suite 102
Rock Hill, South Carolina  29730
San Francisco, CA 94104-4816
Telephone: (803) 329-8970
**Attorney for Defendant**
**Dynamic Recovery Solutions, LLC**

By the following means of service:

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail address(es) listed above.  I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]   **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on November 19, 2013, in Chicago, Illinois.

By:____/s/ Michael S. Agruss_____
          Michael S. Agruss

2